Luis CLAUDIO and Sexta Claudio, Individually and as His Wife, Respondents,

v.

DEAN MACHINE COMPANY, Incorporated; Burton Industries, American Steel Line, Inc.; North American Brass, Inc.; and Hannum Electric Co.

**Petition of Dean Machine Company, Inc.**

Supreme Court of Pennsylvania.

Feb. 12, 2002.

### *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of February 2002, **WE GRANT** the Petition for Allowance of Appeal **LIMITED** to the following issue:

Whether the trial court erred, pursuant to Pennsylvania Rule of Civil Procedure 227.1, by: (1) conducting a post-trial evidentiary hearing; and (2) granting post-trial relief when the court indicated that the error before or during trial was attributable to Appellees?